

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00088-CV

| | | |
|---|---|---|
| MARIA ROBLES, J.A., AND JOSE ALMAGUER VAZQUEZ, Appellants | § | On Appeal from the 67th District Court |
| | § | of Tarrant County (067-319936-20) |
| V. | § | January 20, 2022 |
| COX INSURANCE GROUP, LLC AND OLD AMERICAN COUNTY MUTUAL, Appellees | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Maria Robles, J.A., and Jose Almaguer Vazquez shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker